**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6309**

ADRIAN MARION SMITH,

                    Plaintiff - Appellant,

          v.

ERIC H. HOLDER, JR., Attorney General of the United States
of America; STATE OF GEORGIA CIRCUIT JUDGE ANNIS; BILL
BYARS, State of South Carolina SCDC Director,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Chief
District Judge.  (3:11-cv-00748-MBS)

Submitted:  May 24, 2012                Decided:  May 31, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adrian Marion Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Marion Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Holder, No. 3:11-cv-00748-MBS (D.S.C. filed Jan. 26, 2012; entered Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED